UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CROSBY, For Himself and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>PACIFIC THEATRES EXHIBITION CORP., A California Corporation,<br><br>                Defendant. | Case No. **CV 13-01487 JAK (Ex)**<br>Assigned to the Hon. John A. Kronstadt<br><br>**ORDER DISSMISSING WITH PREJUDICE PLAINTIFF'S CLAIM UNDER THE AMERICAN WITH DISABILITIES ACT AND REMANDING ACTION**<br><br>**JS-6**<br><br>Action Filed: January 24, 2013<br>Action Removed: March 1, 2013<br>Trial Date: February 18, 2014 |

1   Having considered the Stipulation of Plaintiff Gerald Crosby ("Plaintiff") and Defendant Pacific Theatres Exhibition Corporation ("Defendant"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's first cause of action for violation of the Americans with Disabilities Act, 42 U.S.C. section 12101, *et seq.* ("ADA") is dismissed with prejudice because Plaintiff lacks standing to pursue his claim under the ADA.

2. This action is hereby remanded to the Superior Court of the State of California, County of Los Angeles, Civil Case No. BC499816, with the parties to each bear their own costs and expenses incurred in connection with the removal and remand of this action.

DATE: July 17, 2013   _____

Hon. John A. Kronstadt
United States District Court Judge

1
ORDER DISSMISSING ADA CLAIM AND REMANDING ACTION
DWT 22279463v1 0097628-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899